**Robert C. NEWSON, Plaintiff-Appellant,**

v.

**FIRST ALABAMA BANK OF HUNTS-VILLE, N. A., Defendant-Appellee.**

No. 78–3272.

United States Court of Appeals, Fifth Circuit.

June 19, 1979.

---

**2.** *See, e. g.,* H.R.Rep.No. 95–218, 95th Cong., 1st Sess. (1977), U.S.Code Cong. & Admin. News 1977, p. 593.

Raymond H. Uhrig, Huntsville, Ala., for plaintiff-appellant.

Elarbee, Clark & Paul, Charles K. Howard, Jr., Robert H. Buckler, Atlanta, Ga., Watts, Salmon, Roberts, Manning & Noojin, Louis Salmon, Huntsville, Ala., for defendant-appellee.

ON PETITION FOR REHEARING

Before GOLDBERG, RONEY and TJOFLAT, Circuit Judges.

PER CURIAM:

We dismissed the appeal in this case because we thought it was not filed within the time period proscribed by rule 4(a) of the Federal Rules of Appellate Procedure. As appellant points out, we failed to note that September 4, 1978, the day on which the filing period would have ended, was a legal holiday. When this happens, the party receives an additional day in which to file. See Fed.R.Civ.P. 6(a). Appellant filed on September 5, 1978. Thus, his appeal was timely filed. Accordingly, we grant the petition for rehearing and reinstate the appeal.

ORDER DISMISSING APPEAL VACATED and APPEAL REINSTATED.